IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    15-cv-01312-WYD

GEORGE ANDREW STEPHENSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

Upon consideration of Defendant's Unopposed Motion to Remand, and good cause appearing therefore, it is hereby

ORDERED that Defendant's Unopposed Motion to Remand [ECF Doc. No. 17], filed December 10, 2015, is **GRANTED.**   It is further

ORDERED that the Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the cause to the Commissioner for further administrative proceedings.   It is further

ORDERED that the Clerk of the Court shall enter a separate judgment pursuant to Fed. R. Civ. P. 58.   *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated:   December 11, 2015

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE