IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01312-WYD

GEORGE ANDREW STEPHENSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq.  (ECF No. 22).  After carefully reviewing the stipulation, which I construe as a motion, I find that it should be granted as follows:

    1. Defendant will pay Plaintiff a total of $2,834.25 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Michael W. Seckar.

    2. Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

    3. Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated: February 19, 2016

BY THE COURT:


*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE